RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CROWN ELECTRIC, INC., an entity, | Case No.   10-cv-04430-TH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFFS' EX PARTE APPLICATION TO CONTINUE PLAINTIFFS' HEARING ON MOTION FOR DEFAULT JUDGMENT |

-1-

1  IT IS ORDERED THAT the Ex Parte Application continuing the hearing on Plaintiffs'
2  Motion for Default Judgment Against Defendant CROWN ELECTRIC, INC. is hereby
3  GRANTED.  The hearing, currently set for June 6, 2011 at 10:00 a.m., will now be set for
4  _____August 8_____, 2011.

IT IS SO ORDERED.

Dated: __06/02/2011__

_____
UNITED STATES DISTRICT COURT JUDGE
Judge Thelton E. Henderson

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER
Case No.  10-cv-04430-TH