IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL
WORKERS HEALTH CARE TRUST,
et al.,

          Plaintiffs,

    v.

CROWN ELECTRIC, INC.,

          Defendant.

NO. C10-4430 TEH

<u>ORDER GRANTING REQUEST
TO WITHDRAW MOTION FOR
DEFAULT JUDGMENT</u>

      Plaintiffs filed a motion for default judgment on March 28, 2011, and this Court has twice continued the motion hearing at Plaintiffs' request. On July 7, 2011, Plaintiffs filed a request to withdraw the motion, noting that, "Defendant has paid the majority of its debt to Plaintiffs and with regard to those delinquent amounts still outstanding, Plaintiffs and Defendant have entered into a Settlement Agreement." Plaintiffs further stated that, "The parties have executed a Stipulated Judgment and any breach of said Settlement Agreement will result in Plaintiffs' filing of the Judgment with this Court." Plaintiffs did not indicate when Defendant is scheduled to pay the remaining delinquent amounts.

      With good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion for default judgment is VACATED at Plaintiffs' request. IT IS FURTHER ORDERED that the August 29, 2011 case management conference is CONTINUED to **December 5, 2011, at 1:30 PM.** Plaintiffs shall file an updated status report on or before **November 28, 2011.**

**IT IS SO ORDERED.**

Dated: 07/14/11

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT