RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN; Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CROWN ELECTRIC, INC., an entity,<br><br>Defendant. | Case No. 10-cv-04430-TH<br><br>[Proposed] **ORDER OF DISMISSAL**<br><br>Location: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom: Courtroom C, 19th Floor<br>Judge: Hon. Thelton Henderson |

[~~PROPOSED~~] ORDER:

The parties hereto, having advised the Court that they have agreed to a settlement of this action, seek to have this action dismissed. Thus, IT IS HEREBY ORDERED that this action is dismissed without prejudice

IT IS SO ORDERED.

Dated: 12/1/2011   _____



Judge Thelton E. Henderson