| | |
|---|---|
| 1 | RICHARD K. GROSBOLL, Bar No. 99729 |
|   | BENJAMIN K LUNCH, Bar No. 246015 |
| 2 | CHLOE QUAIL, Bar No. 262797 |
|   | NEYHART, ANDERSON, FLYNN & GROSBOLL |
| 3 | 369 Pine Street, Suite 800 |
|   | San Francisco, CA  94104-6702 |
| 4 | TEL:  (415) 677-9440 |
|   | FAX: (415) 677-9445 |
| 5 | Email: cquail@neyhartlaw.com |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,

    Plaintiffs,

vs.

CROWN ELECTRIC, INC., an entity,

    Defendant.

Case No.   10-cv-04430-TH

[~~Proposed~~] **ORDER OF DISMISSAL**

Location:   450 Golden Gate Avenue
               San Francisco, CA 94102
Courtroom:  Courtroom C, 19th Floor
Judge:      Hon. Thelton Henderson

1  [~~PROPOSED~~] ORDER:

2     The parties hereto, having advised the Court that they have agreed to a settlement of this
3  action, seek to have this action dismissed. Thus, IT IS HEREBY ORDERED that this action is
4  dismissed without prejudice

6  IT IS SO ORDERED.

8  Dated:  12/1/2011



Judge Thelton E. Henderson